IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **RONNIE LEE HOUSTON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | No. CIV-12-410-JHP |
| | ) | |
| **SHELDON SPERLING, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

# JUDGMENT

Pursuant to this Court's Opinion and Order dismissing this case pursuant to 28 U.S.C. Section 1915(e)(2)(B), the Court enters judgment for the Defendants and against the Plaintiff.

**IT IS SO ORDERED** this 5th day of March, 2013.

_____
James H. Payne
United States District Judge
Eastern District of Oklahoma